**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                                                          CASE NO.  6:10-bk-00584

**SHERWOOD INVESTMENTS**                                         CHAPTER 11
**OVERSEAS LIMITED, INC.,**

                     **Debtor.**
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

SHERWOOD INVESTMENTS OVERSEAS LIMITED, INC ("SIO" or "Debtor"), as a debtor-in-possession, hereby files its Summary of Case, and states as follows:

1. On January 15, 2010 ("Petition Date"), the Debtor filed its petition for reorganization under Chapter 11 of the Bankruptcy Code (the "Code"); no trustee has been appointed.  The Debtor continues to operate its business as a debtor-in-possession under Sections 1101 and 1108 of the Code (Doc. No. 1).

### Description of the Debtors' Business

2. The Debtor is a British Virgin Islands corporation in the business of managing investments for at least 14 years and, in recent times, has specialized in United States public companies with a value of less than $500 million.  SIO is an entity wholly-owned by the Johanna Benscher Family Settlement, a trust formed in Liberia.  SIO carries on the business of investing and dealing in shares on its own account and also managing shareholding portfolios on behalf of others. It has managed money for third parties, advised on the creation of derivative products, and managed its own funds.  It was registered with the State of Florida in 2004 as a foreign profit corporation.

## Location of Debtors' Operations

3.      The Debtors' corporate offices are located at the Omar Hodge Building, Wickhams Cay, Road Town, Tortola, British Virgin Islands and at 5165 Isleworth Country Club Road, Windermere, Florida.

## Events Leading to Chapter 11 Filing

4.      In 2005, SIO acquired Sherwood Farms, Inc. ("SFI") as its wholly-owned subsidiary.

5.      By September 2008, SIO had a number of products that it had purchased from ABN AMRO Bank,[1] through UBS AG, the diversified global financial services company ("UBS"). The products purchased by SIO from ABN were worth millions of dollars when ABN abruptly cut off communication and liquidated SIO's account. A call to resolve this issue ensued and SIO agreed to forward additional funds to ABN in exchange for a restoration of all the positions and a return to normal for the trading relationship. SIO forwarded the monies to ABN, but neither the relationship nor the positions has been restored.

6.      The actions of ABN caused UBS and other entities to withdraw SIO's credit lines and caused the liquidation of the other positions held by SIO at UBS. The actions by ABN also caused the immediate withdrawal of third-party funds being managed by SIO and the inability of SIO to support its wholly-owned U.S. subsidiary, SFI.

7.      During the midst of the financial crisis in 2008 through 2009, due to the breaches by ABN of its investment contract with the Debtor, the Debtor's funds were mismanaged and misappropriated and the value of SIO's financial portfolio held with ABN fell from over eighteen million dollars to zero.

---

[1] ABN was subsequently acquired by the Royal Scotland Bank, Santander, and the Dutch government. However, in this Motion, it will be referred to as "ABN."

8. In consideration of the issues described above, the Debtor decided that reorganizing under Chapter 11 was in the best interest of all parties. The breaches by ABN described above will be addressed through the filing of an adversary proceeding in this bankruptcy case.

## Employees and Wages Owed as of Petition Date

9. As of the Petition Date, the Debtor had no employees and no wages owed. There are no affiliates through which it conducts business.

## Liabilities of Debtors

10. As of the Petition Date, Pentagon Apollo, Ltd. ("Pentagon"), a British Virgin Islands company, has a secured claim in the Debtor for approximately $3,932,389.00. The loan upon which this claim is based is currently in default. The funds securing SIO's loan with Pentagon originally sat within an account at UBS and was pledged as security for the loan. However, ABN wrongly liquidated the underlying securities in that account.

11. As of the Petition Date, the Debtor also has several unsecured claims totaling approximately $5,000,000.00.

## Assets of Debtors

12. The Debtor is uncertain as to the market value of its assets. Due to the actions of ABN, the underlying securities held by SIO would have been of significant value. The actions of ABN caused the securities held by SIO to become worthless and forced the liquidation by UBS of other derivative positions that relied to varying extents on the value of the ABN-held securities. The Debtor is in the process of determining the extent of its losses and will pursue the compensation of same in the adversaries it files in this case.

**Anticipated Emergency Relief to be Requested within 14 Days of Petition Date**

13.     The Debtors anticipate filing a Motion for a Debtor in Possession Loan, as it has received a firm commitment for a Debtor in Possession Loan for One Hundred Fifty Thousand Dollars ($150,000.00) from Pentagon Apollo, Ltd., which is required to secure representation in the Debtor's bankruptcy case and the resulting adversary proceeding.

**RESPECTFULLY SUBMITTED** this 19th day of January 2010.

/s/R. Scott Shuker
R. Scott Shuker
Florida Bar No. 984469
Mariane Dorris
Florida Bar. No. 173665
Victoria I. Minks
Florida Bar No. 0064388
rshuker@lseblaw.com
mdorris@lseblaw.com
vminks@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
390 N. Orange Ave., Suite 600
P. O. Box 3353 (32802-3353)
Orlando, Florida 32801
Telephone:  407-481-5800
Facsimile:  407-481-5801
Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                    CASE NO. 6:10-bk-00584

**SHERWOOD INVESTMENTS**                                  CHAPTER 11
**OVERSEAS LIMITED, INC.,**

            **Debtor.**
_____/

**Certificate of Service**

    **I HEREBY CERTIFY** that a true copy of the **SUMMARY OF CASE** has been furnished either electronically, by facsimile and/or by U.S. First Class, postage prepaid mail to: Sherwood Investments Overseas Limited, Inc., c/o Julian Benscher, 5165 Isleworth Country Club Road, Windermere, FL 34786; Pentagon Capital Mgmt PLC, 25/26 Albemarle St., London, England W1S 8HK UK; Pentagon Apollo, Ltd., c/o Harneys Corporate Services Limited, Craigmuir Chambers, P.O. Box 71, Road Town, Tortola, British Virgin Islands; Andrew M. Brumby, Esq., a/f Pentagon Apollo, Ltd., P.O. Box 4956, Orlando, Florida 32802-4956; the U. S. Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801; the secured creditors and the 20 largest unsecured creditors as shown on the matrix attached to the original motion filed with the Court, this 19th day of January 2010.

                                                            /s/ R. Scott Shuker, Esq.
                                                            R. Scott Shuker, Esquire

Julian Benscher
5165 Iselworth Country Club
Windermere, FL 34786

Lee J Maher
c/o Solar Blue LLC
189 S Orange Avenue #2100
Orlando, FL 32801